## United States District Court
### for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

9/27/23

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| **v.** | ) ) | Case No.   2:23-MJ-00329-JAG |
| **KYLE CHILDRESS** | ) ) ) | |

## CRIMINAL COMPLAINT

I, David Steen, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) July 16, 2019 in the county of Grant in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3) | Controlled Substance User in Possession of a Firearm |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

**David Steen, Special Agent**

_Printed name and title_

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: _____09/27/2023_____

_Judge's signature_

**Alexander C. Ekstrom, United States Magistrate Judge**

_Printed name and title_

City and state:   Yakima, Washington