FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

9/27/23

SEAN F. McAVOY, CLERK

AUSA: CAB

County: Grant

*In re Affidavit in Support of Criminal Complaint as Kyle CHILDRESS*

State of Washington        )

                                            :ss

County of Yakima         )

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David Steen, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of a criminal complaint seeking the arrest of Kyle CHILDRESS for violating 18 U.S.C. §§ 922(g)(3), 924(a)(2), Unlawful Controlled Substance User in Possession of a Firearm.

2.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and has been since December 2020.  Prior to that, I was a Border Patrol Agent since September 2010.

3.      I submit the following to be true and correct to the best of my knowledge based on my personal observations and from information provided by knowledgeable law enforcement agents and officers who are involved in the investigation.  The facts outlined in this narrative are not meant to be a complete narrative of all that has occurred in connection with this investigation but are only a summary of facts necessary to set forth probable cause in support of the criminal

Affidavit of Special Agent Steen (23-mj-00329-JAG) - 1

complaint and does not purport to set forth all of the affiant's knowledge regarding this investigation.

## INVESTIGATION

4.      On July 16, 2019, ATF and the Drug Enforcement Administration executed a federal search warrant at 62 NE Road I.7 in Moses Lake, Washington (in the Eastern District of Washington), as part of a long-term investigation into drug trafficking activities in the greater Grant County area.  The residence had been identified during the investigation as belonging to Kyle CHILDRESS.

5.      During the execution of the search warrant, CHILDRESS, his wife, and minor children were located at the residence.  Multiple firearms were located throughout the residence to include a Springfield Model 1911 A1 .45 caliber pistol bearing serial number 364933.

6.      At the time, CHILDRESS was identified as an unlawful user of controlled substances.  During a post-*Miranda* statement, CHILDRESS admitted to being addicted to opioids, and had been since approximately 2018.  During a search of the garage area of the residence, multiple user-quantities of various opioids were located.

7.      An ATF Nexus Expert opined this Springfield Model 1911 A1 .45 caliber pistol's presence in Moses Lake affected interstate and/or foreign commerce as this firearm was manufactured outside the State of Washington.

Affidavit of Special Agent Steen (23-mj-00329-JAG) - 2

8.      Based upon the above information, I believe that on July 16, 2019, CHILDRESS, an unlawful user of controlled substances, possessed a firearm, in violation of 18 U.S.C. §§ 922(g)(3), 924(a)(2).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

Dave Steen
Special Agent ATF

Sworn to telephonically and signed electronically on this 27 day of September, 2023.

Alexander C. Ekstrom
United States Magistrate Judge

Affidavit of Special Agent Steen (23-mj-00329-JAG) - 3